**UNITED STATES of America,**
Appellee,

v.

**Roosevelt CHANEY, Mike Mitchell Quinn, Roy Mitchell Quinn, John Elton Whitlow, and Carl Edward Wright, Appellants.**

No. 8864.

United States Court of Appeals
Fourth Circuit.

Argued March 25, 1963.

Decided March 29, 1963.

R. R. Ryder, Richmond, Va. (Martin & Ryder, Richmond, Va., on the brief), for appellants.

H. Garnett Scott, Asst. U. S. Atty., for appellee.

Before SOBELOFF, Chief Judge, HAYNSWORTH, Circuit Judge, and PREYER, District Judge.

PER CURIAM.

This is a prosecution for violation of the liquor laws. An examination of the record satisfies us that the evidence furnished a sufficient basis for the jury's finding of guilt as to each of the defendants. Objections to the evidence are without merit, and we find no error affecting substantial rights.

Affirmed.